COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-16-00773-CV

Style:      Clearpoint Crossing Property Owners Association and Cullen's LLC and 11500 Space Center, LLC v. Joseph Chambers and Debbie Chambers

Date motion filed*:      April 21, 2017

Type of motion:      Motion to Substitute Counsel for Appellants

Party filing motion:      Appellants' Counsel Dennis J. Albright, Kathryn A. Lumpkin, and JoAnn Storey, and new counsel Ian G. Simpson

Document to be filed:      Certificate of service on appellants Clearpoint Crossing Property Owners Association, Cullen's LLC, and 11500 Space Center, LLC,

Is appeal accelerated?      No.

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  May 8, 2017.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Appellants' motion to substitute new counsel Ian G. Simpson is **granted** because it is compliant with Rule 6.5 and was signed by all counsel. *See* TEX. R. APP. P. 6.5(d). However, withdrawing counsel **JoAnn Storey** is **ordered** to mail a copy of the motion and this order to appellants via certified and first-class mail and to file a certificate of service with this Court **within 10 days** of the date of this order. *See id.* 6.5(b), (d). The Clerk of this Court is directed to remove JoAnn Storey as co-counsel for appellants and substitute Ian G. Simpson as their co-counsel of record.

Judge's signature: /s/ Laura Carter Higley

        ☒ Acting individually      ☐ Acting for the Court

Date:  April 27, 2017